# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GROTTO PIZZA, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> GROTTINO, INC., a Delaware Corporation, and GIANLUCA ARIENZO, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. _____ |

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff GROTTO PIZZA, INC. hereby discloses that it has no parent corporation and that there is no publicly held company that owns 10% or more of GROTTO PIZZA's stock.

Dated: March 11, 2008                              Respectfully submitted,

Of Counsel:                                        By:   /s/ A. Dean Betts, Jr.
                                                   A. Dean Betts, Jr., Esq. (Bar I.D. No. 2844)
Lawrence R. Robins                                 Betts & Abram, P.A.,
FINNEGAN, HENDERSON, FARABOW,                      15 South Race Street
GARRETT & DUNNER, L.L.P.                           P.O. Box 770
55 Cambridge Parkway                               Georgetown, Delaware 19947
Cambridge, MA 02142                                Telephone: (302) 856-7755
Telephone: (617) 452-1600                          Email: dean.betts@verizon.net
Facsimile: (617) 452-1666
Email: larry.robins@finnegan.com                   *Attorneys for Plaintiff*

Case 1:08-cv-00151-SLR    Document 2    Filed 03/14/2008    Page 2 of 2