# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GROTTO PIZZA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 08-151 |
| ) | |
| GROTTINO, INC., ) | |
| GIANLUCA ARIENZO, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lawrence R. Robins, Esq. to represent Plaintiff, GROTTO PIZZA, INC., in this matter.

 Signed: /s/ A. Dean Betts, Jr., Esquire
 A. Dean Betts, Jr., Esq.
 DE Bar ID #2844
 Betts & Abram, P.A.
 15 S. Race Street, P.O. Box 770
 Georgetown, DE 19947
 (302) 856-7755
 dean.betts@verizon.net

Date: March 27, 2008 Attorney for Plaintiff

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____ _____
 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Illinois and Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify I am generally familiar with this Court's Local Rules.

Date: 3/27/08

Signed: *[signature]*
Lawrence R. Robins, Esquire
Bar ID # (MA 632610)
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000
larry.robins@finnegan.com

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fifth** day of **September** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

**Lawrence R. Robins**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **nineteenth** day of **March** in the year of our Lord **two thousand and eight.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116