AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

GROTTO PIZZA, INC., a Delware Corporation,

**SUMMONS IN A CIVIL ACTION**

V.

GROTTINO, INC., a Delware Corporation, and
GIANLUCA ARIENZO

CASE NUMBER: 08 - 151

TO: (Name and address of Defendant)

GIANLUCA ARIENZO
550 SOUTH DUPONT PARKWAY
NEW CASTLE, DE19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence R. Robins
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
55 Cambridge Parkway
Cambridge, MA 02142
larry.robins@finnegan.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  3/14/08

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>3/27/2008 @ 2:57 p.m. |
| NAME OF SERVER (PRINT)<br>Harry Cederholm | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: <u>550 South DuPont Parkway, New Castle, DE 19720</u>

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>4/3/2008</u>       *Harry Cederholm* (signature)
         Date                              Signature of Server

<u>2000 Pennsylvania Ave., Ste 207, Wilmington, DE 19806</u>
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.