AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

GROTTO PIZZA, INC., a Delware Corporation,

V.

GROTTINO, INC., a Delware Corporation, and
GIANLUCA ARIENZO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-151

TO: (Name and address of Defendant)

    GROTTINO, INC.
    c/o GIANLUCA ARIENZO (registered agent)
    550 SOUTH DUPONT PARKWAY
    NEW CASTLE, DE19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Lawrence R. Robins
    Finnegan, Henderson, Farabow, Garrett & Dunner LLP
    55 Cambridge Parkway
    Cambridge, MA 02142
    larry.robins@finnegan.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE 3/14/08

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>3/27/2008 @ 2:57 p.m. |
| NAME OF SERVER (PRINT)<br>Harry Cederholm | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons for Grottino, Inc. served at 550 South DuPont Parkway, New Castle, DE 19720; personally accepted by Registered Agent Gianluca Arienzo.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/2008
                  Date

Signature of Server

2000 Pennsylvania Ave., Ste 207, Wilmington, DE 19806
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.