ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GROTTO PIZZA, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| V. | |
| GROTTINO, INC., a Delaware Corporation, and GIANLUCA ARIENZO, | |
| Defendants. | |

Civil Action No. 08 - 151

2008 APR 15 AM 9:33

SJ

## COMPLAINT AND DEMAND FOR JURY TRIAL
(Injunctive Relief Sought)

Plaintiff GROTTO PIZZA, INC., ("GROTTO PIZZA" or "Plaintiff"), by it's undersigned attorneys, alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters:

### Nature Of The Action

1. Grottino Italian Restaurant and Pizzeria is not identical to "GROTTO PIZZA, INC. In any way. The menus and food styles are very different from one another.

2. Defendant GROTTINO Italian Restaurant and Pizzeria is a Delaware corporation with its principal place of business at 1222 Beaver Brook Plaza, New Castle, DE 19720.

3. Plaintiff GROTTO PIZZA is a Delaware corporation with its principal place of business at 20376 Coastal Highway, Rehoboth Beach, DE 19971.

4. Defendant Gianluca Arienzo is an individual resident of the State of Maryland, and an owner and registered agent of Defendant GROTTINO.

## Jurisdiction And Venue

5. Not True

6. Not True

## Plaintiff And Its GROTTO Name and Mark

7. Plaintiff GROTTO PIZZA states it provides restaurant services under the service mark GROTTO PIZZA through fifteen (15) company-owned restaurants located in the State of Delaware. Defendant GROTTINO Italian Restaurant and Pizzeria provides restaurant services through one (1) self-owned restaurant located in the State of Delaware. "Grotto" is a French word meaning "cave", "Grottino" is an Italian word meaning "small cave."

8. GROTTINO INC., is not infringing on GROTTO PIZZA.

9. GROTTO PIZZA and DESIGN are not similar to GROTTINO Italian Restaurant and Pizzeria.

10. GROTTINO INC., operates one location in New Castle, DE. Since opening in July 2007 GROTTINO INC., has serviced 1000 customers and generated sales $55,000 in 10 months. Over the past 10 months GROTTINO's customers are becoming familiar with Defendant Gianluca Arienzo and the kinds of services he provides in his store.

11. GROTTINO INC., has advertised through newspaper ads, coupons, and signage. GROTTINO INC., advertising expenses were approximately $20,000. GROTTINO INC., also engaged in donations around Thanksgiving time.

12. The name GROTTINO and Gianluca Arienzo has only been in business 10 short months and does not believe that it is infringing on GROTTO PIZZA.

13. GROTTINO INC., is a restaurant servicing customers in the New Castle area.

### GROTTINO and its Wrongful Conduct

14. GROTTINO operates one restaurant under the name "Grottino Italian Restaurant and Pizzeria" in New Castle, Delaware, under five (5) miles from GROTTO PIZZA's restaurant in Bear, Delaware. GROTTINO means "little cave" and is derivative to the Italian word "Grotta." A photograph showing the outside of Plaintiffs' GROTTO PIZZA is attached as Exhibit 1.

15. GROTTINO uses the GROTTINO mark in the course of business.

16. GROTTINO Italian Restaurant and Pizzeria looks and taste nothing like GROTTO PIZZA. GROTTINO's customers know the difference between the two. Proof will be shown at the trial.

### Injury to GROTTO PIZZA

17. GROTTINO's name has not caused confusion for GROTTINO's customers.

18. GROTTO PIZZA's reputation for exceeding high-quality products will stand since none of GROTTINO's customers are confused about the names.

19. GROTTO PIZZA's actual damages are not the direct effect of GROTTINO's. The economy is bad every where.

20. GROTTO PIZZA has no adequate remedy at law.

### COUNT 1

### FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. 1114

21.  GROTTINO repeats and realleges every allegation set forth in paragraphs 1 through 20, above.

22.  GROTTINO's does not feel that it is infringing on GROTTO PIZZA.

### COUNT 2
### TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER SECTION 43 (A) OF THE LANHAM ACT 15 U.S.C. 1125 (a)

23.  GROTTINO repeats and realleges every allegation set forth in paragraphs 1 through 22, above.

24.  GROTTINO does not feel that it has confused it's services or products with GROTTO PIZZA.

### COUNT III
### TRADEMARK, SERVICE MARK, and TRADE NAME INFRINGEMENT UNDER COMMON LAW

25.  GROTTINO repeats and realleges every allegation set forth in paragraphs 1 through 24, above.

26.  GROTTINO does not feel that is has caused confusion between its customers and GROTTO PIZZA's customers.

27.  GROTTINO does not feel that it has harmed GROTTO PIZZA in any way.

### COUNT IV
### UNFAIR COMPETITION UNDER COMMON LAW

28.  GROTTINO repeats and realleges every allegation set forth in paragraphs 1 through 27, above.

29. GROTTINO does not feel that it has caused confusion between it and GROTTO PIZZA's customers.

30. GROTTINO does not believe that GROTTO PIZZA has suffered damages because of GROTTINO Italian Restaurant and Pizzeria.

## COUNT V
## DECEPTIVE TRADE PRACTICES IN VIOLATION OF 6 DEL. C. 2531 *et seq.*

31. GROTTINO repeats and realleges every allegation set forth in paragraph 1 through 30, above.

32. GROTTINO does not feel it has passed off it's goods or services as those of GROTTO PIZZA or that they have caused any confusion.

33. GROTTINO does not feel that GROTTO has suffered irreparable injury or damages because of it's existence.

## COUNT VI
## INJURY TO BUSINESS REPUTATION AND TRADEMARK DILUTION IN VIOLATION OF 6 DEL.C. 3313

34. GROTTINO repeats and realleges every allegation set forth in paragraphs 1 through 33, above.

35. GROTTINO does not feel that are likely to injure the business reputation of GROTTO PIZZA. GROTTO PIZZA is well known around the State of Delaware. GROTTO PIZZA's customers are smart and know the difference between GROTTO PIZZA and GROTTINO Italian Restaurant and Pizzeria.

36. GROTTINO does not feel that it has caused damages to GROTTO PIZZA.

### PRAYER For Relief

WHEREFORE, GROTTINO Italian Restaurant and Pizzeria requests that this Court enter judgement in its favor on each and every claim for relief set forth above and award it relief including, but not limited to, the following:

A. GROTTINO continues to use the name GROTTINO Italian Restaurant and Pizzeria.

B. GROTTINO does not have to destroy any materials containing the name GROTTINO.

C. GROTTINO does not have advertise or issue a press release for using the name GROTTINO Italian Restaurant and Pizzeria in a wrongful manner.

D. GROTTINO will not have to pay for damages they did not cause.

E. GROTTINO will not have to pay for damages they did not cause.

F. GROTTO will have to pay their own costs and attorney fees in this action.

G. GROTTINO will not have to pay for damages they did not cause.

H. GROTTO will have to pay for their own costs and attorney fees in this matter.

I. Such other and further relief as the Court may deem appropriate.

Dated: April 14th, 2008							Respectfully submitted,


								By: _____

								Gianluca Arienzo
								Grottino Italian Restaurant and Pizzeria
								1222 Beaver Brook Plaza
								New Castle, Delaware 19720
								Telephone: (302) 322-1560





## Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served the 14th day of April, 2008, upon the following in the manner indicated.

### By Hand

A. Dean Betts, Jr., Esq. (Bar I.D. No. 2844)
Betts & Abram, P.A.,
15 South Race Street
P.O. Box 770
Georgetown, Delaware 19947

_____
**Gianluca Arienzo**

Grottino Italian Restaurant & Pizzeria
1222 Beaverbrook Plaza
New Castle, DE 19720
(302) 322-1560