IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GROTTO PIZZA, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, |
| v. |
| GROTTINO, INC., a Delaware Corporation, and GIANLUCA ARIENZO, |
| Defendants. |

Civil Action No. 1:08-151 (SLR)

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT GROTTINO, INC.'S ANSWER**

Plaintiff GROTTO PIZZA, INC., ("GROTTO PIZZA" or "Plaintiff"), by its undersigned attorneys, hereby moves to strike the document filed by the Defendants on April 15, 2008, to the extent that such pleading purports to be the answer of Defendant Grottino, Inc. The document is signed by the individual defendant only and not by counsel for the corporate defendant.

It is axiomatic that in federal court a "corporation cannot appear pro se or by a representative of the corporation, and may only participate in litigation through licensed counsel." *Gallant Blazer, Inc. v. City of Wilmington Fire Dep't*, 2006 WL 1726664, at *1 (D. Del. June 14, 2006) (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 113 S. Ct. 716, 121 L. Ed. 2d 656 (1993). The same is true as a matter of Delaware state law. *See Transpolymer Indus., Inc. v. Chapel Main Corp.*, 582 A.2d 936 (table), 1990 WL 168276, at * 1 (Del. Sep. 8, 1990) (In Delaware, artificial entities must be represented by counsel.); *Mateson v. Mateson*, 1997 Del. Ch. LEXIS 69, at * 1 (Del. Ch. Apr. 29, 1997) (noting that "in no event may the corporation appear pro se").

Thus, Defendant Arienzo, a non-attorney, cannot represent the corporate defendant and the Answer of Grottino, Inc. should be stricken.

Dated: April 17, 2008

Respectfully submitted,

Of Counsel:

By: /s/ A. Dean Betts, Jr., Esq.

Lawrence R. Robins (admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
Email: larry.robins@finnegan.com

A. Dean Betts, Jr., Esq. (Bar I.D. No. 2844)
Betts & Abram, P.A.
15 South Race Street
P.O. Box 770
Georgetown, Delaware 19947
Telephone: (302) 856-7755
Email: dean.betts@verizon.net

*Attorneys for Plaintiff*