IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GROTTO PIZZA, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-151-SLR ) |
| GROTTINO, INC. and<br>GIANLUCA ARIENZO, | ) ) ) |
|     Defendants. | ) ) |

**O R D E R**

At Wilmington this 22nd day of April, 2008, defendant Arienzo having filed a response to the complaint apparently both on his behalf and on behalf of the corporate defendant, Grottino, Inc.;

IT IS ORDERED that:

1. Pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1, the following schedule shall be followed in connection with the above captioned case:

    a. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **June 23, 2008.**

    b. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **October 23, 2008.**

    c. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

    d. **Summary Judgment Motions**. All summary judgment motions and opening

briefs and affidavits, if any, in support of the motions, shall be served and filed on or before **November 24, 2008.**  Answering briefs and affidavits, if any, shall be filed on or before **December 10, 2008.**  Reply briefs shall be filed on or before **December 17, 2008.**

    2.  A default in appearance shall be entered against Grottino, Inc. unless, on or before **May 22, 2008**, Grottino, Inc. retains counsel who files a response to the complaint, as a corporation cannot represent itself.  See Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993); James v. Daley and Lewis, 406 F. Supp. 645, 648 (D. Del. 1976).

_____
United States District Judge