IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GROTTO PIZZA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 08 -151-SLR |
| V. | ) | |
| | ) | |
| | ) | |
| GROTTINO, INC. AND | ) | |
| GIANLUCA ARIENZO, | ) | |
| | ) | |
| Defendants. | ) | |

# ANSWER

Petitioner is entering his appearance filing an answer to the Complaint to admit or denied the claims brought against the Defendant.

1. admit
2. admit
3. admit
4. admit
5. admit
6. admit
7. admit
8. admit
9. admit
10. admit
11. admit
12. admit
13. admit
14. denied
15. admit
16. admit
17. denied
18. admit

19. denied
20. denied

Dated:

                                                      Respectfully Submitted

By: _____
     Grottino Italian Restauant
     And Pizzeria
     1222 Beaver Brook Plaza
     New Castle, Delaware
                     19720

Case 1:08-cv-00151-SLR    Document 11    Filed 05/27/2008    Page 2 of 3

IN THE UNITED STATE DSITRICT COURT

FOR THE DSITRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, _____, hereby certify that I have Served a true and correct copy of the Answer to the Plaintiff Complaint upon the following party on this _____ day of _____, 200__.

Clerk of Court
U.S. District Court
844 King Street
Wilmington, DE 19801

Dated: