IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GROTTO PIZZA, INC., a Delaware Corporation, ) ) ) ) Plaintiff, ) ) v. ) ) GROTTINO, INC., a Delaware Corporation, and ) GIANLUCA ARIENZO, ) ) Defendants. ) | Civil Action No. 1:08-151 (SLR) |

## PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT

Plaintiff GROTTO PIZZA, INC., ("GROTTO PIZZA" or "Plaintiff"), by its undersigned attorneys, hereby moves for the entry of a Default in the Appearance of Defendant Grottino, Inc. The grounds for this motion are:

1. On April 22, 2008, this Court entered in Order stating in part that, " 2. A default in appearance shall entered against Grottino, Inc. unless, on or before May 22, 2008, Grottino, Inc. retains counsel who files a response to the complaint, as a corporation cannot represent itself."

2. Defendant Grottino, Inc. did not file a response to the complaint on or before May 22, 2008.

3. On May 27, 2008, an entity called "Grottino Italian Restaurant and Pizzeria" filed an unsigned document entitled "Answer."

4. As defendant Grottino, Inc. failed to meet this Court's deadline, Plaintiff respectfully requests entry of an Order of Default against Defendant, Grottino, Inc.

Respectfully submitted,

By: /s/ A. Dean Betts, Jr.
A. Dean Betts, Jr., Esq. (Bar I.D. No. 2844)
Betts & Abram, P.A.,
15 South Race Street
P.O. Box 770
Georgetown, Delaware 19947
Telephone: (302) 856-7755
Email: dean.betts@verizon.net

*Attorneys for Plaintiff*

Of Counsel:

Lawrence R. Robins (admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
Email: larry.robins@finnegan.com

Dated: May 28, 2008