IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GROTTO PIZZA, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 08-151-SLR |
| GROTTINO, INC. and GIANLUCA ARIENZO, | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 27th day of May, 2008, the court having ordered defendant Grottino, Inc. to retain counsel to file an answer to the complaint on or before May 22, 2008 (D.I. 10);[1] and defendant Grottino, Inc. having failed to comply with said order;[2]

IT IS ORDERED that a default in appearance shall be entered against defendant Grottino, Inc., pursuant to Fed. R. Civ. P. 55 (a).

United States District Judge

---

[1] The effect of the court's April 22, 2008 order was to grant plaintiff's motion to strike the answer filed on behalf of defendant Grottino, Inc. by individual defendant Gianluca Arienzo. (D.I. 9)

[2] The document filed on May 19, 2008, although called an answer, was filed by an unidentified individual (albeit clearly not a Delaware lawyer) on behalf of Grottino, Inc. and, therefore, shall not be accepted as a pleading filed on behalf of the corporate defendant. (D.I. 11)