IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GROTTO PIZZA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-151-SLR |
| | ) |
| GROTTINO, INC. and GIANLUCA ARIENZO, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT

For reasons stated in the court's order issued May 27, 2008, (D.I. 13);

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant, Grottino Inc., Inc. pursuant to Federal Rule of Civil Procedure 55(a).

Dated: June 2, 2008

_Nicole Fasano_
(By) Deputy Clerk